Matter of Moses v McFarland (2025 NY Slip Op 05382)

Matter of Moses v McFarland

2025 NY Slip Op 05382

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, SMITH, DELCONTE, AND KEANE, JJ.

671 CAF 24-00529

[*1]IN THE MATTER OF TRACY L. MOSES, PETITIONER-RESPONDENT,
v
INDIA S. MCFARLAND AND MARKEEF ROYAL, RESPONDENTS-APPELLANTS. 

CAITLIN M. CONNELLY, BUFFALO, FOR RESPONDENT-APPELLANT INDIA S. MCFARLAND.
SALCEDO APPEALS PLLC, BUFFALO (STEVEN B. SALCEDO OF COUNSEL), FOR RESPONDENT-APPELLANT MARKEEF ROYAL. 
KELLY M. CICCONE, ROCHESTER, ATTORNEY FOR THE CHILDREN. 

 Appeals from an order of the Family Court, Monroe County (Alecia J. Mazzo, J.), dated September 26, 2023, in a proceeding pursuant to Family Court Act article 6. The order, inter alia, granted petitioner sole legal custody and primary residence of the subject children. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: October 3, 2025
Ann Dillon Flynn
Clerk of the Court